UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOMINIQUE ANTIONE JONES                    CIVIL ACTION

VERSUS                                     NO.  05-2125

JACK STEPHEN, ET AL.                       SECTION:  "J" (4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, thereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the request for a transfer to a Louisiana Department of Corrections facility and the Title 42 U.S.C. § 1983 claims filed by Dominique Antione Jones against Sheriff  Jack Stephens are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Jones's § 1983 claims of denial of access to the courts against Warden David Mowers and Lieutenant Keith Gieo are to proceed forward and remain referred to the Magistrate Judge.

New Orleans, Louisiana, this _____1st_____ day of June, 2006.


_____
UNITED STATES DISTRICT JUDGE


**CLERK TO NOTIFY:**
**MAGISTRATE JUDGE**
**KAREN WELLS ROBY**